UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Robert Edmond Jr.**                                    **Docket No. 5:17-CR-398-1BO**

### Petition for Action on Supervised Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Edmond Jr., who, upon an earlier plea of guilty to Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation on 18 U.S.C. § 924(c) and 18 U.S.C. § 924(c)(l)(A)(i), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on June 13, 2018, to the custody of the Bureau of Prisons for a term of 60 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. Robert Edmond Jr. was released from custody on April 2, 2021, at which time the term of supervised release commenced.

On July 11, 2022, at the direction of the Court, the case was reassigned to the Honorable Terrence W. Boyle, U.S. District Judge. Furthermore, in response to the defendant admitting marijuana use on July 4, 2022, the court agreed to continue supervision without modification, and he was referred for a substance abuse evaluation.

On August 8, 2022, in response to the defendant testing positive for marijuana on July 26, 2022, the court agreed to continue supervision without modification to allow him to continue with substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant agrees that participation in a program of cognitive behavioral treatment could be beneficial to him. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1.  The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing is
                                                true and correct.

/s/ Mindy L. Threlkeld                          /s/ John Seth Coleman
Mindy L. Threlkeld                              John Seth Coleman
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                150 Rowan Street Suite 110
                                                Fayetteville, NC 28301
                                                Phone: 910-354-2545
                                                Executed On: October 4, 2024

### ORDER OF THE COURT

Considered and ordered this ___4___ day of __Oct,_____, 2024, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge